IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEWAYNE HUGHES,
ADC #109733                                                                PETITIONER

v.                              No. 5:12-cv-4-DPM-JTR

RAY HOBBS, Director, Arkansas
Department of Correction                                                   RESPONDENT

## ORDER

Unopposed recommendation, № 14, adopted with a clarification: *Pitts* and *Gardner* are published precedents. Ark. S. Ct. R. 5-2(c). No certificate of appealability shall issue.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 December 2013