IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEWAYNE HUGHES,
ADC #109733                                                              PETITIONER

v.                              No. 5:12-cv-4-DPM

RAY HOBBS, Director, Arkansas
Department of Correction                                                 RESPONDENT

## JUDGMENT

Petition dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 December 2013